IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

LEWIS ROBINSON                               §

VS.                                          §              CIVIL ACTION NO. 2:06cv315

COMMISSIONER,
SOCIAL SECURITY ADMINISTRATION               §

<u>ORDER ADOPTING REPORT AND RECOMMENDATION</u>

The Court referred the above-entitled and numbered civil action to United States Magistrate

Judge John D. Love.  The Magistrate Judge presented for consideration the Magistrate Judge's

Report, containing proposed findings of fact and recommendations for disposition.  No objections

were filed.  This Court finds that the Magistrate Judge's findings and conclusions are correct and

adopts them as the Court's findings and conclusions.  The Court therefore

**ORDERS** that Defendant's motion to remand (dkt#6) is **GRANTED**;

**ORDERS**, **ADJUDGES,** and **DECREES** that this action is **REVERSED** and

**REMANDED** for further consideration; and

**ORDERS** that all motions not previously ruled on are denied.

SIGNED this 10th day of April, 2007.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE